IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01950-AP

DARLEEN S. SCHMIDT,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,
    Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| TERESA H. ABBOTT<br>Law Office of Teresa Abbott, P.C.<br>3515 South Tamarac Drive, Suite 200<br>Denver, CO 80237<br>Telephone (303) 757-5000<br>Fax (303) 689-9627<br>abbott.teresa@gmail.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Civil Chief, U.S. Attorney's Office<br>District of Colorado<br><br>J. BENEDICT GARCIA<br>Assistant U.S. Attorney<br><br>ALEXESS D. REA<br>Special Assistant U.S. Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel, SSA<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-7101<br>Alexess.rea@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: 07/26/2012

B. Date Complaint Was Served on U.S. Attorney's Office: 08/14/2012

C. Date Answer and Administrative Record Were Filed: 10/05/2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states**:  That the Administrative Record appears to be complete and accurate.

**Defendant states**: That the Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states**: None anticipated.

**Defendant states**: None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

**8.      BRIEFING SCHEDULE**

A.    Plaintiff's Opening Brief Due:   12/04/2012

B.    Defendant's Response Brief Due: 01/04/2013

C.    Plaintiffs Reply Brief (If Any) Due: 01/18/2013

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

**A.    Plaintiff's Statement:** Plaintiff does not request oral argument.

**B.    Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.     ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.     (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.L.Civ.R. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

12.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 19th day of October, 2012.

                    BY THE COURT:

                    *S/John L. Kane*_____
                    U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/Teresa H. Abbott
TERESA H. ABBOTT
Law Office of Teresa Abbott, P.C.
3515 South Tamarac Drive, Suite 200
Denver, CO 80237
Telephone (303)757-5000
Fax (303) 689-9627
abbott.teresa@gmail.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Civil Chief, U.S. Attorney's Office
District of Colorado

J. BENEDICT GARCIA
Assistant U.S. Attorney

s/Alexess Rea
ALEXESS D. REA
Special Assistant U.S. Attorney
Assistant Regional Counsel
Office of the General Counsel, SSA
1001 17th Street
Denver, Colorado 80202
(303) 844-7101
Alexess.rea@ssa.gov

Attorneys for Defendant