IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01950-MSK

DARLEEN S. SCHMIDT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 4, 2013, (**Doc. #19**), it is

ORDERED that the Commissioner of Social Security's decision is REVERSED, the case is remanded for further proceedings at Step 4, and if appropriate, Step 5; and this matter is considered closed.  It is further

ORDERED that plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 5th day of September, 2013.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                              Edward P. Butler
                              Deputy Clerk